# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD WILLIAM KIPPS,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-1564 |
| v. | : | (JUDGE MANNION) |
| **MARGARET STINAVAGE-KIPPS**, | : | |
| Defendant. | : | |

## ORDER

In light of the memorandum issued on this same day, **IT IS HEREBY ORDERED THAT:**

(1) The September 30, 2022 Order of Judge Conway, **(Doc. 4-11)**, is **AFFIRMED**.

(2) The appeal of Ronald William Kipps', **(Doc. 1)**, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 26, 2023**
22-1564-01 ORDER